# First District Court of Appeal
## State of Florida

_____

No. 1D18-1565
_____

Kristina Robinson,

    Appellant,

    v.

Victor Robinson, as
Administrator Ad Litem for the
Estate of Raychelle L. Holmes-
Robinson,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Eric C. Roberson, Judge.

December 19, 2018

Per Curiam.

    Affirmed.

B.L. Thomas, C.J., and Wetherell and Winsor, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Michael Bowlus, Jacksonville, for Appellant.

Jeffrey A. Cramer and Clayton T. Miller of Cramer Law Center, P.L., Jacksonville, for Appellee.